Joe Haven BEADLES, Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 03–41393.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Joe Haven Beadles, Mount Pleasant,
TX, pro se.

Alan Reeve Jackson, Assistant US At-
torney, US Attorney's Office, Tyler, TX,
for Respondent–Appellee.

Before JOLLY, JONES, and SMITH,
Circuit Judges.

PER CURIAM.*

Joe Haven Beadles, formerly federal
prisoner # 04049–078, appeals the district
court's denial of his petition for a writ of
error coram nobis challenging his convic-
tions for conspiracy to commit mail and
wire fraud and for money laundering.
Beadles argues that the indictment was
constructively amended, that the indict-
ment was insufficient, and that the evi-
dence was insufficient to support his con-
victions.

Because Beadles is raising his argu-
ments that the indictment was construc-
tively amended and that it was insufficient

for the first time on appeal, we do not
address them, except to note that his as-
sertion that the indictment was insufficient
was previously rejected in this court's deci-
sion affirming the district court's denial of
relief under 28 U.S.C. § 2255. See Lever-
ette v. Louisville Ladder Co., 183 F.3d 339,
342 (5th Cir.1999); United States v. Bea-
dles, No. 99–40044, 1999 WL 1338391 (5th
Cir. Dec. 22, 1999) (unpublished). To the
extent that Beadles challenges the suffi-
ciency of the evidence to support his con-
victions, his conclusory arguments, which
are not supported by any record evidence,
do not establish the exceptional circum-
stances warranting coram nobis relief.
See Jimenez v. Trominski, 91 F.3d 767,
768 (5th Cir.1996). Additionally, this issue
also was decided against Beadles in the
decision affirming the denial of his 28
U.S.C. § 2255 motion. See Beadles, No.
99–40044, slip op. at 2, 1999 WL 1338391.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.